**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 13-7115

MICHAEL JOHN MCKAY,

                    Petitioner – Appellant,

          v.

JERRAULD C. JONES, Honorable Judge, Norfolk Circuit Court,

                    Respondent - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. James C. Cacheris, Senior District Judge. (No. 1:13-cv-00649-JCC-JFA)

Submitted: November 21, 2013          Decided: November 26, 2013

Before KING, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michael John McKay, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael John McKay appeals the district court's order denying his petition for a writ of mandamus. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm the denial of relief for the reasons stated by the district court. McKay v. Jones, No. 1:13-cv-00649-JCC-JFA (E.D. Va. July 3, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED